In decisions Nos. 1–5 the court is: Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LA VERNE A. WEIRES, JR., Appellant. (B) In the Matter of the Claim of JOSEPH MULLEY, Appellant, v. SACKETT & WILHELMS LITHO CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) CAROLYN JAHRLING, Appellant, v. MARGARET WALLING et al., Respondents, et al., Defendant. (Action No. 1.) RICHARD MCDOWELL, Appellant, v. MARGARET WALLING et al., Respondents. (Action No. 2.) — [In each action] Motions to dismiss appeals granted by default, without costs.

■ In the Matter of the Claim of NELSON PRINCE, Appellant, v. HOTEL INVESTORS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the November 1962 Term on or before October 10, 1962, in which event motion denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD NOWLIN, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) ARNOLD STRUL, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of MARIA L. CASTELL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of HERMAN BAIDA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL NAVARRO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR A. WANNAMAKER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) In the Matter of ARTHUR A. WANNAMAKER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (D) In the Matter of ARTHUR A. WANNAMAKER, Appellant, v. W. M. WALLACK, as Warden of Wallkill Prison, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. MESSINA, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BURTON GRAHAM, Appellant. (B) In the Matter of the Claim of GEORGINA CRUZ, Appellant. UNEMPLOYMENT INSURANCE APPEAL BOARD OF THE STATE OF NEW YORK, Respondent.— Time to perfect appeal extended 90 days.